IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 8:07CR392 |
| | ) | |
| **LAURO MARQUEZ and** | ) | **ORDER** |
| **LUIS MARZUEZ-RUBIO,** | ) | |
| | ) | |
| **Defendants.** | ) | |

On the court's own motion,

**IT IS ORDERED** that the trial of this case, previously set for **March 25, 2008** is cancelled.  A new trial date will be set in accordance with the Speedy Trial Act after the substantive motion filed by Luis Marquez-Rubio Rahman is resolved.

**DATED March 18, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**