# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR392** |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| **LUIS MARQUEZ-RUBIO,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's Motion to Dismiss and to Terminate Supervised Release (Filing No.108). The motion requests that the Court dismiss the Petition for Offender Under Supervision (Filing No. 106) and terminate the Defendant's supervised release with this District's Probation Office. Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 106), without prejudice, against the above-named Defendant, and for the termination of the Defendant's supervised release.

IT IS ORDERED that the government's Motion to Dismiss and to Terminate Supervised Release (Filing No.108) is granted, the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 106) is dismissed and the Defendant's supervised release is terminated.

DATED this 3rd day of February, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge